

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clemente Huerta-Jimenez, Ermelinda Perez | Civil Action No. 19cv150-MMA(BLM) |
| Petitioners, | |
| V. | |
| Kirstjen Michele Neilsen, et al. [See attachment for full list of Respondents] | JUDGMENT IN A CIVIL CASE |
| Respondents. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court summarily dismisses the petition for writ of habeas corpus based on lack of jurisdiction and denies as moot Petitioners' motion for a stay of these proceedings.

Date: 3/14/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 19cv150-MMA(BLM)

Respondents

Kirstjen Michele Neilsen
Secretary of the Department of Homeland Security

Ronald D. Vitiello
Deputy Director and Senior Official Performing the Duties of Director for ICE

Matthew G. Whitaker
Acting Attorney General of the United States

United States Immigration and Customs Enforcement

United States Department of Homeland Security